IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

Civil No. 1:09-cv-00060

| | |
|---|---|
| Robert Hale, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) **DEFENDANT CITY OF MINOT'S** |
| State of North Dakota, by and through the | ) **MOTION TO DISMISS OR IN THE** |
| North Dakota Department of Commerce; | ) **ALTERNATIVE FOR A MORE DEFINITE** |
| Shane Goettle, Director, in his official | ) **STATEMENT** |
| capacity as Director of the Department of | ) |
| Commerce; the Minot Area Development | ) |
| Corporation; and the City of Minot, | ) |
| | ) |
| Defendants. | ) |

\*\*\*           \*\*\*           \*\*\*

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of North Dakota and Rules 8 and 12 of the Federal Rules of Civil Procedure, the City of Minot respectfully requests the Court dismiss Hale's *Complaint*. In the alternative, the City of Minot requests the Court order Hale to provide a more definite statement of his allegations and request for relief with respect to the alleged conduct by the City of Minot. Plaintiff's *Complaint* fails to state a claim upon which relief may be granted. Further, plaintiff's *Complaint* is so vague, ambiguous, and unintelligible that the City of Minot cannot reasonably prepare a response.

This motion is based upon all of the files, records, and proceedings herein, including the City of Minot's memorandum of law in support of this motion.

Dated this 15th day of September, 2009.

                SMITH BAKKE PORSBORG SCHWEIGERT

                By: *s/Randall J. Bakke*
                    Randall J. Bakke
                    116 North Second Street
                    P.O. Box 460
                    Bismarck, ND 58502-0460
                    (701) 258-0630
                    ND State Bar ID No. 03898

                    Attorneys for defendant City of Minot

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2009, a true and correct copy of the foregoing **DEFENDANT CITY OF MINOT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

ATTORNEY FOR PLAINTIFF:

    Lynn M. Boughey
    Attorney at Law
    P. O. Box 836
    Bismarck, ND 58502-0836
    lynnboughey@midconetwork.com

I further certify that a copy of the foregoing document and the Notice of Electronic Filing will be mailed by first class mail, postage paid, to the following:

ATTORNEY FOR DEFENDANT MINOT AREA DEVELOPMENT CORP.:

    Bryan Van Grinsven
    McGee Law Firm
    P. O. Box 998

Minot, ND 58702-0998
bvangrinsven@mcgeelaw.com

ATTORNEY FOR STATE OF NORTH DAKOTA DEFENDANTS:

Douglas A. Bahr
Office of Attorney General
500 North Ninth Street
Bismarck, ND 58501-4509
dbahr@nd.gov

By: *s/Randall J. Bakke*
    RANDALL J. BAKKE

Motion – Dismiss – Definite Statement